**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID HATCHIGIAN** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-2382 |
| | : | |
| **CAPITAL ONE, N.A.** | : | |

## ORDER

This 27th day of November, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 4) is **GRANTED.** The Clerk of Court is requested to mark this case **CLOSED.**

 /s/ Gerald Austin McHugh
United States District Judge